UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BIN ZHOU, et al.,

        Plaintiffs,

    v.

EMILIO T. GONZALEZ, et al.,

        Defendants.
_____/

NO. CIV. S-07-1821 LKK/JFM

O R D E R

    The court is in receipt of the parties' joint stipulation to continue the scheduling conference currently set for October 29, 2007. Good cause having been shown, the scheduling conference is CONTINUED to December 17, 2007 at 3:30 PM.

    IT IS SO ORDERED.

    DATED: October 25, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1