```
McGREGOR W. SCOTT
United States Attorney
ADA E. BOSQUE
Department of Justice
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone (202) 514-0179
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIN ZHOU, *et al.*, | CV S-07-1821 LKK JFM |
| Plaintiffs, | |
| v. | STIPULATED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT |
| EMILIO GONZALES, DIRECTOR, US CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, | |
| Defendants. | |

Defendants, by undersigned counsel, respectfully move, for an additional twenty-one (21) days to file the defendants' response to plaintiffs' complaint, to and including November 26, 2007.

Defendants' counsels is scheduled to argue *Corovic v. Attorney General*, 07-156, before the United States Court of Appeals for the Second Circuit, on November 6, 2007.  Further, defendants' counsel is scheduled to argue the following cases before the United States District Court for the Eastern District of California:  *Garcha v. Curda*, 07-1413 (Nov. 13, 2007); *Wolter v. Keisler*, 07-241 (Nov. 13, 2007); *Shirmohamadali v. Curda*, 07-1073 (Nov. 16, 2007); *Gianni v. Curda*, 07-1478 (Nov. 19, 2007); *Liu v. Curda*, 07-1436 (Nov. 19,

2007); *Gomez v. Chertoff*, 07-1094 (Nov. 20, 2007). Thus, despite exercising due diligence, defendants' counsel has been unable to complete the defendants' response within the current scheduled time. This is defendants' first request for an extension in this case. Plaintiffs' counsel consents to this motion.

Dated: November 2, 2007            Respectfully submitted,

                                       McGREGOR W. SCOTT
                                       United States Attorney

                                       /s/ Ada E. Bosque
                                       ADA E. BOSQUE
                                       Department of Justice

## O R D E R

Pursuant to defendants' request for an extension of the time in which to respond to plaintiff's complaint in *Zhou v. Gonzales*, 07-cv-1821-LKK-JFM, and for the reasons stated therein, IT IS HEREBY ORDERED that defendants' deadline to file a response to the complaint is extended until November 26, 2007.

DATED: November 8, 2007.

                                       LAWRENCE K. KARLTON
                                       SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT