Daniel T. Huang, ESQ. (Cal Bar 185948)
Law Office of Daniel Huang
506 N. Garfield Ave., Ste. 100
Alhambra, CA 91801
Tel: (626) 289-0006
Fax: (626) 289-0005
daniel@danielimmigration.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIN ZHOU, individually, | Case No.: CV 07-01821 LKK (JFM) |
| Plaintiff, | **STIPULATION TO DISMISS WITHOUT PREJUDICE; AND ORDER** |
| v. | |
| EMILIO T. GONZALES, as Director of the U.S. Citizenship and Immigration Services, et al. | |
| Defendants. | |

   The Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to the following:

1. The parties believe Plaintiff's application for adjustment of status under 8 U.S.C. § 1255 can be administratively resolved, therefore, stipulate to dismiss the case.

2. Each party shall pay their own costs and fees.

Dated: January 2, 2008

                                                Respectfully Submitted,

                                                s/ Daniel T. Huang
                                                     Daniel T. Huang
                                                     Attorney for Bin Zhou

                                                McGregor W. Scott
                                                United States Attorney


                                                s/Audrey B. Hemesath
                                                Audrey B. Hemesath
                                                Assistant United States Attorney
                                                Office of the U.S. Attorney
                                                Eastern District of California

IT IS SO ORDERED.

DATED: January 4, 2008.

*[signature: Lawrence K. Karlton]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

<u>O R D E R</u>

Pursuant to the parties' stipulation in <u>Zhou v. Gonzalez</u>, CV 07-1821, IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

DATED: _____   _____
                              UNITED STATES DISTRICT JUDGE

_____